MKB

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 25 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   -against-

ALLWAYNE WILLIAMS,

   Defendant.

- - - - - - - - - - - - - - - - - -X

U N S E A L I N G
O R D E R

05 CR 0467 (JG)

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Mary K. Barr, for an order unsealing the transcript of the plea proceedings in the above-captioned matter.

WHEREFORE, it is ordered that the transcript of the plea proceedings in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          May   , 2006

s/John Gleeson       5-18-06
_____
HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK